THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Bryan S. Doll, Appellant.
 
 
 

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2011-UP-460   
 Submitted October 1, 2011  Filed October
19, 2011

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General David Spencer, all of Columbia; and Solicitor
 W. Walter Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Bryan
 S. Doll appeals his conviction for second-degree criminal sexual conduct with a
 minor, arguing the trial court erred in admitting the contents of a forensic
 interview under section 17-23-175 of the S.C. Code Ann. (Supp. 2010) when the
 statement was not video or audio recorded and when the State did not comply
 with the statute.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v.
 Nichols, 325 S.C. 111, 120, 481 S.E.2d 118, 123 (1997) (holding an issue
 must be raised to and ruled upon by the trial court to preserve the issue for
 appellate review).
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.